IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Jamuna Real Estate, LLC; Bagga Enterprises, Inc.; United Management Services, Inc.;<br><br>Debtors. | In the United States Bankruptcy Court for the Eastern District of Pennsylvania<br><br>Case Nos. 04-37130 (SR); 04-37136 (SR); 04-37132 (SR) (consolidated under Case No. 04-37136 (SR)) |
| Marvin Krasny, in his Capacity as Chapter 7 Trustee of United Management Services, Inc., et al.,<br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>Pratpal Bagga, et al.,<br>　　　　　　　　Defendants. | Adv. Nos. 06-128, 06-129 and 06-130<br><br>Misc. No. 07-mc-00143 (JJF) |

### WITHDRAWAL OF MOTION OF CHAWLA DEFENDANTS TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENA

PLEASE TAKE NOTICE that, on July 23, 2007, defendants Ravinder Chawla, Hardeep Chawla, Sant Properties, HB Properties, Inc., HB Properties LLP and World Apparel Products, Inc. (the "Chawla defendants") filed the Motion of Chawla Defendants to Compel Production of Documents Pursuant to Subpoena (the "Motion").

PLEASE TAKE FURTHER NOTICE that the Chawla defendants hereby withdraw the Motion.

Dated: August 3, 2007                Respectfully submitted,

                                     BUCHANAN INGERSOLL & ROONEY PC

                                     _____
                                     Peter J. Duhig (No. 4024)
                                     The Brandywine Building
                                     1000 West Street, Suite 1410
                                     Wilmington, DE 19801-1054
                                     Phone: (302) 522-4200
                                     Facsimile: (302) 552-4295
                                     E-mail: peter.duhig@bipc.com

                                     and

                                     Richard M. Simins
                                     Paul C. Madden
                                     Jeffrey M. Carbino
                                     Donald W. Myers
                                     BUCHANAN INGERSOLL & ROONEY PC
                                     1835 Market Street
                                     Fourteenth Floor
                                     Philadelphia, PA 19103-2985
                                     Telephone: (215) 665-8700
                                     Facsimile: (215) 665-8760

                                     Attorneys for Defendants Ravinder
                                     Chawla, Hardeep, Chawla, Sant
                                     Properties, HB Properties, Inc., HB
                                     Properties LLP and World Apparel
                                     Products, Inc.

2

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Jamuna Real Estate, LLC; Bagga Enterprises, Inc.; United Management Services, Inc.,<br><br>                          Debtors. | In the United States Bankruptcy Court for the Eastern District of Pennsylvania<br><br>Case Nos. 04-37130 (SR); 04-37136 (SR); 04-37132 (SR) (consolidated under Case No. 04-37136 (SR)) |
| Marvin Krasny, in his Capacity as Chapter 7 Trustee of United Management Services, Inc., et al.,<br>                          Plaintiffs,<br><br>v.<br><br>Pratpal Bagga, et al.,<br><br>                          Defendants. | Adv. Nos. 06-128, 06-129 and 06-130<br><br>Misc. No. 07-mc-00143 (JJF) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of August, 2007 I caused a true and correct copy of the foregoing Withdrawal of Motion of Chawla Defendants to Compel Production of Documents Pursuant to Subpoena to be served by First Class U.S. Mail upon the following:

    Lawrence J. Tabas, Esquire
    Obermayer, Rebmann, Maxwell & Hippel LLP
    One Penn Center
    1617 John F. Kennedy Blvd., 19th Floor
    Philadelphia, PA  19103
    Attorneys for Marvin Krasny, Chapter 7 Trustee
    and Gary Seitz, Chapter 7 Trustee

Patrick E. Fitzmaurice, Esquire
Thacher Proffitt & Wood
50 Main Street, 5th Floor
White Plains, NY 10606
Attorneys for Plaintiffs in Adv. Nos. 06-128-130

Linda J. Casey, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
Facsimile: (215) 981-4750
Attorneys for Objector

Andrew Teitelman
380 Red Lion Road, Suite 202
Huntingdon Valley, PA 19006
Attorney for Ravinder Chawla, Pratpal Bagga, Welcome Group, Inc., K & P Real Estate LLC, World Apparel Products, Inc., American Merchandise Co., Inc., 21st Century Restaurant Solutions, Inc., Brand Trade, Inc.

Dated: August 3, 2007

_____
Peter J. Duhig (No. 4024)